# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>        Plaintiff,<br><br>   v.<br><br>STU SHERMAN, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00195-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NOS. 2, 9, & 10)<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS<br>(ECF NOS. 2 & 9)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS |

       Kasey Hoffmann ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On March 27, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that the order granting Plaintiff's application to proceed in forma pauperis (ECF No. 9) be vacated, that Plaintiff's *in forma pauperis* status in this action be revoked, and that Plaintiff be required to pay the $400 filing fee in full if he wants to proceed with this action. (ECF No. 10).

       Plaintiff was given an opportunity to object to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise

responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on March 27, 2018, are ADOPTED IN FULL;
2. The order granting Plaintiff's application to proceed in forma pauperis (ECF No. 9) is VACATED and Plaintiff's *in forma pauperis* status in this action is REVOKED;
3. Plaintiff shall pay the $400 filing fee in full within thirty days from the date of service of this order if he wants to proceed with this action; and
4. Failure to pay the filing fee within thirty days from the date of service of this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **May 15, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE