# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>Plaintiff,<br><br>v.<br><br>STU SHERMAN, et al.,<br><br>Defendants. | Case No. 1:18-cv-00195-NONE-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE THE CASE<br><br>(ECF NO. 28) |

On March 11, 2020, Plaintiff filed what the Court construes as a notice voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 28). Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  **March 12, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1